**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Samuel Gerald Williams          CHAPTER 13
        Angela Moniq Williams
             Debtor(s)                  BKY. NO. 20-13007 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing and index same on the master mailing list.

                                       Respectfully submitted,

                           /s/ *Rebecca Solarz*
                                   Rebecca Solarz
                                   18 Feb 2021, 11:04:48, EST

                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322