IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>SAMUEL GERALD WILLIAMS and,<br>ANGELA MONIQ WILLIAMS,<br>      Debtors,<br><br>TOYOTA LEASE TRUST,<br><br>      Movant,<br><br>  v.<br><br>SAMUEL GERALD WILLIAMS,<br>ANGELA MONIQ WILLIAMS and<br>SCOTT F. WATERMAN, Trustee,<br><br>     Respondents. | Bankruptcy No. 20-13007-pmm<br><br>Chapter 13<br><br>Document No. 34 |

CERTIFICATE OF NO OBJECTION OR RESPONSE
TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC. NO. 34)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay, filed at Doc. No. 34 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than May 14, 2021.

It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Respectfully submitted,

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135

Counsel for Toyota Lease Trust

Dated:  May 17, 2021