IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 20-13007-pmm |
|---|---|
| SAMUEL GERALD WILLIAMS and, ANGELA MONIQ WILLIAMS, Debtors, | Chapter 13 |
| TOYOTA LEASE TRUST, Movant, | Document No. |
| v. | |
| SAMUEL GERALD WILLIAMS, ANGELA MONIQ WILLIAMS and SCOTT F. WATERMAN, Trustee, Respondents. | |

## ORDER OF COURT

AND NOW, this 25th day of May, 2021, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Toyota Lease Trust in the 2018 Toyota RAV4, VIN# JTMRFREV9JJ199611.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order

BY THE COURT:

*Patricia M. Mayer*

Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge