United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Samuel Gerald Williams  
Angela Moniq Williams  
    Debtors

Case No. 20-13007-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3  
Date Rcvd: Jun 10, 2021     Form ID: 155     Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Samuel Gerald Williams, Angela Moniq Williams, 608 Abbe Court, Freemansburg, PA 18017-6304 |
| 14555337 | + | Bethlehem Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14536082 | + | Borough of Freemansburg, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14555339 | + | Borough of Freemansburg, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14536081 | + | Borough of Freemansburg, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14520007 | + | Borough of Freemansburg, 600 Monroe Street, Freemansburg, PA 18017-7280 |
| 14520011 | + | Commercial Acceptance Company, 2300 Gettysburg Road, Ste 102, Camp Hill, PA 17011-7303 |
| 14520012 | | Financial Recoveries, PO Box 1280, Oaks, PA 19456-1280 |
| 14520013 | | Genpath, 481 Edward H Ross Drive, Elmwood Park, NJ 07407-3118 |
| 14520014 | | Health Network Laboratories, 794 Roble Road, Allentown, PA 18109-9110 |
| 14520016 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14520017 | | Lehigh Valley Health Network, Attn: Patient Accounting Dept, PO Box 4120, Allentown, PA 18105-4120 |
| 14584025 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14583800 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Charles Wohlrab, Esq, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14520018 | + | Onsite Neonatal PC, 1000 Haddonfield Berlin Road, Suite 210, Voorhees, NJ 08043-3520 |
| 14529312 | | PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14521369 | | PHH MORTGAGE CORPORATION, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14520023 | + | PHH Mortgage Services, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 14520019 | #+ | Patenaude & Felix, A.P.C., 4545 Murphy Canyon Road, 3rd Floor, San Diego, CA 92123-4363 |
| 14520020 | | Peerless Credit Services Inc, PO Box 518, Middletown, PA 17057-0518 |
| 14520022 | | Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14520024 | | Portnoff Law Associates, Ltd, PO Box 3020, Norristown, PA 19404-3020 |
| 14520025 | | Quest Diagnostics, P.O. Box 740775, Cincinnati, OH 45274-0775 |
| 14520026 | + | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-FD7 601 Penn St, Reading, PA 19601-3544 |
| 14521446 | + | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14546883 | + | Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14520027 | + | Sortis Finance fka CSLS, 18451 N Dallas Pkwy Ste, Dallas, TX 75287-5202 |
| 14520028 | + | St. Luke's Hospital, 801 Ostrum Street, Bethlehem, PA 18015-1065 |
| 14520029 | | St. Luke's Physician Group, PO Box 5386, Bethlehem, PA 18015-0386 |
| 14520030 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy, PO Box 8026, Cedar Rapids, IA 52409 |
| 14526232 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14520031 | + | U.S. Department of Education, ECMC/Bankruptcy, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14520032 | + | Zachary Zawarski, Esq., 3001 Easton Avenue, Bethlehem, PA 18017-4207 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14520005 | + | Email/Text: bkrpt@retrievalmasters.com | Jun 11 2021 02:18:00 | AMCA, 4 Westchester Plaza, Building 4, Elmsford, NY 10523-1615 |

Case 20-13007-pmm    Doc 47    Filed 06/12/21    Entered 06/13/21 00:32:59    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 10, 2021 | Form ID: 155 | Total Noticed: 44 |

| 14520006 | + | Email/Text: bnc-capio@quantum3group.com | Jun 11 2021 02:18:00 | AssetCare, Attn: Bankruptcy, PO Box 1127, Sherman, TX 75091-1127 |
|---|---|---|---|---|
| 14520008 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 11 2021 02:06:05 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14528537 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 11 2021 02:07:37 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14520009 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 11 2021 02:07:34 | Capital One Bank (USA), NA, Attn: Bankrptcy Dept, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14520010 | + | Email/Text: mediamanagers@clientservices.com | Jun 11 2021 02:18:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., St. Charles, MO 63301-9816 |
| 14520015 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 11 2021 02:18:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14521907 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2021 02:06:07 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14539086 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 11 2021 02:08:48 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14520021 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 11 2021 02:18:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Dept, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14525948 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 11 2021 02:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 12, 2021          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Borough of Freemansburg jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 10, 2021 | Form ID: 155 | Total Noticed: 44 |

KERI P EBECK
    on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

MARIO J. HANYON
    on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com wbecf@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
    on behalf of Debtor Samuel Gerald Williams zzawarski@zawarskilaw.com

ZACHARY ZAWARSKI
    on behalf of Joint Debtor Angela Moniq Williams zzawarski@zawarskilaw.com

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Samuel Gerald Williams and Angela Moniq Williams

    Debtor(s)

Chapter: 13

Bankruptcy No: 20−13007−pmm

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this June 10, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge ,
United States Bankruptcy Court

46
Form 155