| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-13007-PMM**

Samuel Gerald Williams   Petition Filed Date: 07/16/2020
Angela Moniq Williams    341 Hearing Date: 08/25/2020
608 Abbe Court           Confirmation Date:
Freemansburg  PA    18017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/16/2020 | $490.00 | | 11/09/2020 | $490.00 | | 01/04/2021 | $500.00 | |
| 02/23/2021 | $500.00 | | 03/04/2021 | $300.00 | | 03/29/2021 | $500.00 | |
| 04/27/2021 | $500.00 | | 06/08/2021 | $720.00 | | | | |

**Total Receipts for the Period:  $4,000.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $4,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Crediors | $6,537.74 | $0.00 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 05U | Unsecured Creditors | $134.00 | $0.00 | $0.00 |
| 3 | SANTANDER CONSUMER USA<br>»» 001 | Secured Creditors | $331.71 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $4,189.72 | $0.00 | $0.00 |
| 5 | PA DEPARTMENT OF REVENUE<br>»» 003 | Unsecured Creditors | $84.01 | $0.00 | $0.00 |
| 6 | TOYOTA MOTOR CREDIT CORP<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | AMERICAN INFOSOURCE LP<br>»» 006 | Unsecured Creditors | $116.60 | $0.00 | $0.00 |
| 8 | NEWREZ LLC  D/B/A<br>»» 007 | Mortgage Arrears | $24,596.34 | $0.00 | $0.00 |
| 9 | BOROUGH OF FREEMANSBURG<br>»» 008 | Secured Creditors | $1,805.25 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $573.08 | $0.00 | $0.00 |
| 11 | KEYSTONE COLLECTIONS GROUP<br>»» 010 | Unsecured Creditors | $265.90 | $0.00 | $0.00 |
| 12 | KEYSTONE COLLECTIONS GROUP<br>»» 011 | Unsecured Creditors | $265.77 | $0.00 | $0.00 |
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $2,084.00 | $0.00 | $2,084.00 |

Chapter 13 Case No. 20-13007-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

|  |  |  |  |
|---|---|---|---|
| Total Receipts: | $4,000.00 | Current Monthly Payment: | $716.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($504.00) |
| Paid to Trustee: | $316.30 | Total Plan Base: | $39,296.00 |
| Funds on Hand: | $3,683.70 |  |  |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.