**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| SAMUEL GERALD WILLIAMS | : | Case No. 20-13007-pmm |
| ANGELA MONIQ WILLIAMS | : | |
| Debtors | : | |
| | : | |

**CERTIFICATE OF NO ANSWER OR OBJECTION REGARDING THE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

AND NOW, this 30th day of June, 2021, Zachary Zawarski, Esquire, Attorney for Debtors, in the above-captioned bankruptcy proceeding, certifies as follows:

1. On June 8, 2021, he filed an Application for Compensation and Reimbursement of Expenses, as Attorney for Debtors.

2. Notice was served on the U.S. Trustee and all parties in interest as previously certified on June 8, 2021.

3. To date, he has received no answer or objection to the Application for Compensation and Reimbursement of Expenses.

WHEREFORE, Zachary Zawarski, Esquire, Attorney for Debtors, requests this Honorable Court enter the Order which was attached to the Application.

Dated: 6/30/2021     By:    /s/ Zachary Zawarski
                                 ZACHARY ZAWARSKI, ESQUIRE
                                 3001 Easton Avenue
                                 Bethlehem, PA 18017
                                 Phone: (610) 417-6345
                                 Fax: (610) 465-9790
                                 zzawarski@zawarskilaw.com
                                 Attorney ID No.: 308348
                                 Attorney for Debtors