IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| SAMUEL GERALD WILLIAMS | : | Case No. 20-13007-pmm |
| ANGELA MONIQ WILLIAMS | : | |
| Debtors | : | |
| | : | |

**ORDER APPROVING COMPENSATION**
**TO COUNSEL FOR DEBTORS**

Upon consideration of the Application by Debtors' Chapter 13 Counsel for compensation and reimbursement of expenses,

**IT IS HEREBY ORDERED AND DECREED**, that the compensation charged by counsel for Debtors, Zachary Zawarski, Esquire, in the amount of $3,300.00, of which $1,290.00 has been paid pre-petition, as well as the expenses in the amount of $74.00, are hereby approved. These amounts may be paid in accordance with the terms of the confirmed Plan.

BY THE COURT:

*Patricia M. Mayer*
_____
PATRICIA M. MAYER
BANKRUPTCY JUDGE

Dated: 7/1/21