United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Samuel Gerald Williams  
Angela Moniq Williams  
    Debtors

Case No. 20-13007-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Jul 01, 2021      Form ID: pdf900      Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Samuel Gerald Williams, Angela Moniq Williams, 608 Abbe Court, Freemansburg, PA 18017-6304 |
| cr | + | Borough of Freemansburg, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PHH Mortgage Corporation |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Borough of Freemansburg jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KERI P EBECK | on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| MARIO J. HANYON | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 01, 2021 | Form ID: pdf900 | Total Noticed: 3 |

      on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com  wbecf@brockandscott.com

REBECCA ANN SOLARZ
      on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
      ECFMail@ReadingCh13.com

United States Trustee
      USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
      on behalf of Debtor Samuel Gerald Williams zzawarski@zawarskilaw.com

ZACHARY ZAWARSKI
      on behalf of Joint Debtor Angela Moniq Williams zzawarski@zawarskilaw.com

TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| SAMUEL GERALD WILLIAMS | : | Case No. 20-13007-pmm |
| ANGELA MONIQ WILLIAMS | : | |
| Debtors | : | |
| | : | |

**ORDER APPROVING COMPENSATION**
**TO COUNSEL FOR DEBTORS**

Upon consideration of the Application by Debtors' Chapter 13 Counsel for compensation and reimbursement of expenses,

**IT IS HEREBY ORDERED AND DECREED**, that the compensation charged by counsel for Debtors, Zachary Zawarski, Esquire, in the amount of $3,300.00, of which $1,290.00 has been paid pre-petition, as well as the expenses in the amount of $74.00, are hereby approved. These amounts may be paid in accordance with the terms of the confirmed Plan.

BY THE COURT:

Dated: 7/1/21

_/s/ Patricia M. Mayer_
PATRICIA M. MAYER
BANKRUPTCY JUDGE