Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 20-13007-PMM**

Samuel Gerald Williams  
Angela Moniq Williams  
608 Abbe Court  
Freemansburg  PA     18017

Petition Filed Date: 07/16/2020  
341 Hearing Date: 08/25/2020  
Confirmation Date: 06/10/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/27/2021 | $500.00 | | 06/08/2021 | $720.00 | | 08/02/2021 | $720.00 | 8/2/2021 |
| 09/20/2021 | $716.00 | | 11/22/2021 | $750.00 | | 12/20/2021 | $750.00 | |
| 02/15/2022 | $750.00 | | 03/01/2022 | $540.00 | | 03/14/2022 | $750.00 | |
| 03/21/2022 | $250.00 | | 03/28/2022 | $700.00 | | 04/11/2022 | $600.00 | |
| 04/18/2022 | $250.00 | | 04/25/2022 | $500.00 | | 05/23/2022 | $375.00 | |
| 06/21/2022 | $750.00 | | | | | | | |

**Total Receipts for the Period: $9,621.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $12,401.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Creditors | $6,537.74 | $6,537.74 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 05U | Unsecured Creditors | $134.00 | $0.00 | $134.00 |
| 3 | SANTANDER CONSUMER USA<br>»» 001 | Secured Creditors | $331.71 | $34.27 | $297.44 |
| 4 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $4,189.72 | $0.00 | $4,189.72 |
| 5 | PA DEPARTMENT OF REVENUE<br>»» 003 | Unsecured Creditors | $84.01 | $0.00 | $84.01 |
| 6 | TOYOTA MOTOR CREDIT CORP<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | AMERICAN INFOSOURCE LP<br>»» 006 | Unsecured Creditors | $116.60 | $0.00 | $116.60 |
| 8 | GREGORY FUNDING LLC<br>»» 007 | Mortgage Arrears | $24,596.34 | $2,541.37 | $22,054.97 |
| 9 | BOROUGH OF FREEMANSBURG<br>»» 008 | Secured Creditors | $1,805.25 | $186.52 | $1,618.73 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $573.08 | $0.00 | $573.08 |
| 11 | KEYSTONE COLLECTIONS GROUP<br>»» 010 | Unsecured Creditors | $265.90 | $0.00 | $265.90 |
| 12 | KEYSTONE COLLECTIONS GROUP<br>»» 011 | Unsecured Creditors | $265.77 | $0.00 | $265.77 |
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $2,084.00 | $2,084.00 | $0.00 |

Chapter 13 Case No. 20-13007-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,401.00 | Current Monthly Payment: | $716.00 |
| Paid to Claims: | $11,383.90 | Arrearages: | $1,119.00 |
| Paid to Trustee: | $1,017.10 | Total Plan Base: | $39,296.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.