# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 20-13007** |
| **Samuel Gerald Williams** : | **Chapter 13** |
| **Angela Moniq Williams** : | **Judge Patricia M. Mayer** |
| : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | |
| : | |
| **Barclays Mortgage Trust 2021-NPL1,** : | **Date and Time of Hearing** |
| **Mortgage-Backed Securities, Series** : | **Place of Hearing** |
| **2021-NPL1, by U.S. Bank National** : | **April 11, 2023 at 10:00 a.m.** |
| **Association, as Indenture Trustee** : | |
| **Movant,** : | **201 Penn Street, 4th Floor** |
| **vs** : | **Reading, PA 19601** |
| : | |
| **Samuel Gerald Williams** : | |
| **Angela Moniq Williams** | |
| | |
| **Scott F. Waterman** | |
| **Respondents.** | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE WITH 30-DAY WAIVER

Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1, by U.S. Bank National Association, as Indenture Trustee has filed a Motion for Relief from Automatic Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before March 24, 2023, you or your attorney must do **ALL** of the following:

   A. File an answer explaining your position at:

   **Clerk, U.S. Bankruptcy Court**
   201 Penn Street, Suite 103
   Reading, PA, 19601

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

22-002397_EJS1

      B. Mail a copy to the Creditor's attorney and the below listed:

Office of U.S. Trustee, Party of Interest
(Registered address)@usdoj.gov (notified by ecf)

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA  19606
ECFMail@ReadingCh13.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Patricia M. Mayer on April 11, 2023 at 10:00 a.m. in 201 Penn Street, 4th Floor, Reading, PA 19601.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

DATE: __03/09/2023_____

22-002397_EJS1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 20-13007** |
| **Samuel Gerald Williams** | : | **Chapter 13** |
| **Angela Moniq Williams** | : | **Judge Patricia M. Mayer** |
| | : | * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | | |
| | : | |
| **Barclays Mortgage Trust 2021-NPL1,** | : | **Date and Time of Hearing** |
| **Mortgage-Backed Securities, Series** | : | **Place of Hearing** |
| **2021-NPL1, by U.S. Bank National** | : | **April 11, 2023 at 10:00 a.m.** |
| **Association, as Indenture Trustee** | : | |
| **Movant,** | : | **201 Penn Street, 4th Floor** |
| **vs** | : | **Reading, PA 19601** |
| | : | |
| **Samuel Gerald Williams** | : | |
| **Angela Moniq Williams** | | |
| | | |
| **Scott F. Waterman** | | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Motion for Relief from Automatic Stay with 30-day waiver was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

SCOTT F. WATERMAN [Chapter 13], Chapter 13 Trustee, ECFMail@ReadingCh13.com

ZACHARY ZAWARSKI, Attorney for Samuel Gerald Williams and Angela Moniq Williams, zzawarski@zawarskilaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Samuel Gerald Williams and Angela Moniq Williams, 608 Abbe Court, Freemansburg, PA 18017

Borough of Freemansburg, 600 Monroe Street, Freemansburg, PA 18017

22-002397_EJS1

PHH Mortgage Services, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL  33409

                                          /s/ Adam B. Hall

22-002397_EJS1