## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | Case No.: 20-13007 |
| **Samuel Gerald Williams** : | **Chapter 13** |
| **Angela Moniq Williams** : | **Judge Patricia M. Mayer** |
| : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** : | |
| : | |
| **Barclays Mortgage Trust 2021-NPL1,** : | **Date and Time of Hearing** |
| **Mortgage-Backed Securities, Series** : | **Place of Hearing** |
| **2021-NPL1, by U.S. Bank National** : | **April 11, 2023 at 10:00 a.m.** |
| **Association, as Indenture Trustee** : | |
| **Movant,** : | |
| : | **201 Penn Street, 4th Floor** |
| vs : | **Reading, PA 19601** |
| : | |
| **Samuel Gerald Williams** : | |
| **Angela Moniq Williams** | |
| | |
| **Scott F. Waterman** | |
| **Respondents.** | |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION OF BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR RELIEF FROM THE AUTOMATIC STAY ON FIRST MORTGAGE FOR REAL PROPERTY LOCATED AT 608 ABBE COURT, FREEMANSBURG, PA 18017 (DOCUMENT NO. 64)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay on First Mortgage for Real Property Located at 608 Abbe Court, Freemansburg, PA 18017 ("Motion") filed on March 9, 2023 at Document No. 64 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than March 24, 2023.

22-002397_EJS1

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                           Respectfully submitted,

                                           /s/ Adam B. Hall

Adam B. Hall (323867)
Alyk L. Oflazian (312912)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

22-002397_EJS1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 20-13007** |
| **Samuel Gerald Williams** : | **Chapter 13** |
| **Angela Moniq Williams** : | **Judge Patricia M. Mayer** |
| : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | |
| : | |
| **Barclays Mortgage Trust 2021-NPL1,** : | **Date and Time of Hearing** |
| **Mortgage-Backed Securities, Series** : | **Place of Hearing** |
| **2021-NPL1, by U.S. Bank National** : | **April 11, 2023 at 10:00 a.m.** |
| **Association, as Indenture Trustee** : | |
| **Movant,** : | |
| : | **201 Penn Street, 4th Floor** |
| vs : | **Reading, PA 19601** |
| : | |
| **Samuel Gerald Williams** : | |
| **Angela Moniq Williams** | |
| | |
| **Scott F. Waterman** | |
| **Respondents.** | |

### CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Certificate of No Objection Regarding Motion of Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1, by U.S. Bank National Association, as Indenture Trustee for Relief from the Automatic Stay on First Mortgage for Real Property located at 608 Abbe Court, Freemansburg, PA 18017 (Document No. 64) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

SCOTT F. WATERMAN [Chapter 13], Chapter 13 Trustee, ECFMail@ReadingCh13.com

ZACHARY ZAWARSKI, Attorney for Samuel Gerald Williams and Angela Moniq Williams,  zzawarski@zawarskilaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

22-002397_EJS1

Samuel Gerald Williams and Angela Moniq Williams, 608 Abbe Court, Freemansburg, PA 18017

Borough of Freemansburg, 600 Monroe Street, Freemansburg, PA 18017

PHH Mortgage Services, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409

/s/ Adam B. Hall

22-002397_EJS1