IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 20-13007 |
| **Samuel Gerald Williams** | : Chapter 13 |
| **Angela Moniq Williams** | : Judge Patricia M. Mayer |
| | : \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | : |
| | : |
| **Barclays Mortgage Trust 2021-NPL1,** | : Date and Time of Hearing |
| **Mortgage-Backed Securities, Series** | : Place of Hearing |
| **2021-NPL1, by U.S. Bank National** | : April 11, 2023 at 10:00 a.m. |
| **Association, as Indenture Trustee** | : |
| **Movant,** | : 201 Penn Street, 4th Floor |
| vs | : Reading, PA 19601 |
| | : |
| **Samuel Gerald Williams** | : |
| **Angela Moniq Williams** | |
| | |
| **Scott F. Waterman** | |
| **Respondents.** | |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY ON FIRST MORTGAGE FOR REAL PROPERTY LOCATED AT 608 ABBE COURT, FREEMANSBURG, PA 18017

This matter came before the Court on the Motion for Relief from Stay (the "Motion") filed by Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1, by U.S. Bank National Association, as Indenture Trustee ("Creditor") regarding the real property located at 608 Abbe Court, Freemansburg, PA 18017.

Creditor has alleged that good cause for granting the Motion exists, and that Debtor, counsel for the Debtor, the Chapter 13 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

22-002397_EJS1

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Creditor, its successors, and assigns and that the fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a)(3) is waived.

Creditor is hereby permitted to take any and all actions necessary to accelerate the balance due on the Note, to foreclose the mortgage in accordance with state law, to apply the net proceeds to the obligation, and to otherwise exercise its contractual and state law rights as to the Property.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall discontinue all payments to Creditor on its claim under the Chapter 13 Plan filed by the Debtor(s). Should Creditor seek to file any unsecured deficiency claim, Creditor shall do so no later than 90 days after this Order is entered. If the Property has not been sold, the deficiency claim is to be estimated.

Date: **April 10, 2023**

_____
Judge Patricia M. Mayer
United States Bankruptcy Judge

**SUBMITTED BY**:

/s/ Adam B. Hall
_____
Adam B. Hall (323867)
Alyk L. Oflazian (312912)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

22-002397_EJS1

CC:

Adam B. Hall, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

SCOTT F. WATERMAN [Chapter 13], Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA  19606, ECFMail@ReadingCh13.com (notified by ecf)

ZACHARY ZAWARSKI, Attorney for Debtor, The Law Office of Zachary Zawarski, 3001 Easton Avenue, Bethlehem, PA  18017,  zzawarski@zawarskilaw.com (notified by ecf)

Samuel Gerald Williams and Angela Moniq Williams, Debtor, 608 Abbe Court, Freemansburg, PA  18017 (notified by regular US Mail)

Borough of Freemansburg, Party of Interest, 600 Monroe Street, Freemansburg, PA  18017 (notified by regular US Mail)

PHH Mortgage Services, Party of Interest, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL  33409 (notified by regular US Mail)

22-002397_EJS1