Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-13007-PMM**

Samuel Gerald Williams  
Angela Moniq Williams  
608 Abbe Court  
Freemansburg  PA    18017

Petition Filed Date: 07/16/2020  
341 Hearing Date: 08/25/2020  
Confirmation Date: 06/10/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2022 | $750.00 | | 09/20/2022 | $750.00 | | 11/16/2022 | $750.00 | |
| 01/19/2023 | $750.00 | | 02/09/2023 | $750.00 | | 02/21/2023 | $750.00 | |
| 03/20/2023 | $1,173.00 | | 04/05/2023 | $1,173.00 | | 05/22/2023 | $716.00 | |
| 06/29/2023 | $725.00 | | | | | | | |

**Total Receipts for the Period: $8,287.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $20,688.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Crediors | $6,537.74 | $6,537.74 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 05U | Unsecured Creditors | $134.00 | $0.00 | $134.00 |
| 3 | SANTANDER CONSUMER USA<br>»» 001 | Secured Creditors | $331.71 | $128.54 | $203.17 |
| 4 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $4,189.72 | $0.00 | $4,189.72 |
| 5 | PA DEPARTMENT OF REVENUE<br>»» 003 | Unsecured Creditors | $84.01 | $0.00 | $84.01 |
| 6 | TOYOTA MOTOR CREDIT CORP<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK (USA) NA<br>»» 006 | Unsecured Creditors | $116.60 | $0.00 | $116.60 |
| 8 | GREGORY FUNDING LLC<br>»» 007 | Mortgage Arrears | $24,596.34 | $6,350.44 | $18,245.90 |
| 9 | BOROUGH OF FREEMANSBURG<br>»» 008 | Secured Creditors | $1,805.25 | $466.08 | $1,339.17 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $573.08 | $0.00 | $573.08 |
| 11 | KEYSTONE COLLECTIONS GROUP<br>»» 010 | Unsecured Creditors | $265.90 | $0.00 | $265.90 |
| 12 | KEYSTONE COLLECTIONS GROUP<br>»» 011 | Unsecured Creditors | $265.77 | $0.00 | $265.77 |
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $2,084.00 | $2,084.00 | $0.00 |

Chapter 13 Case No. 20-13007-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,688.00 | Current Monthly Payment: | $716.00 |
| Paid to Claims: | $15,566.80 | Arrearages: | $1,424.00 |
| Paid to Trustee: | $1,706.20 | Total Plan Base: | $39,296.00 |
| Funds on Hand: | $3,415.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.