United States Bankruptcy Court
Eastern District of Pennsylvania

In re:      Case No. 20-13007-pmm
Samuel Gerald Williams      Chapter 13
Angela Moniq Williams
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4
Date Rcvd: Sep 28, 2023      Form ID: pdf900      Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Samuel Gerald Williams, Angela Moniq Williams, 608 Abbe Court, Freemansburg, PA 18017-6304 |
| 14665018 | + | Barclays Mortgage Trust 2021-NPL1, c/o Gregory Funding LLC, PO Box 230579, Tigard, OR 97281-0579 |
| 14555337 | + | Bethlehem Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14536082 | + | Borough of Freemansburg, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14555339 | + | Borough of Freemansburg, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14536081 | + | Borough of Freemansburg, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14520007 | + | Borough of Freemansburg, 600 Monroe Street, Freemansburg, PA 18017-7280 |
| 14520012 | | Financial Recoveries, PO Box 1280, Oaks, PA 19456-1280 |
| 14520013 | | Genpath, 481 Edward H Ross Drive, Elmwood Park, NJ 07407-3118 |
| 14520014 | | Health Network Laboratories, 794 Roble Road, Allentown, PA 18109-9110 |
| 14520016 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14520017 | | Lehigh Valley Health Network, Attn: Patient Accounting Dept, PO Box 4120, Allentown, PA 18105-4120 |
| 14520018 | + | Onsite Neonatal PC, 1000 Haddonfield Berlin Road, Suite 210, Voorhees, NJ 08043-3520 |
| 14521369 | | PHH MORTGAGE CORPORATION, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14520022 | | Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14520024 | | Portnoff Law Associates, Ltd, PO Box 3020, Norristown, PA 19404-3020 |
| 14520027 | + | Sortis Finance fka CSLS, 18451 N Dallas Pkwy Ste, Dallas, TX 75287-5202 |
| 14520028 | + | St. Luke's Hospital, 801 Ostrum Street, Bethlehem, PA 18015-1065 |
| 14520029 | | St. Luke's Physician Group, PO Box 5386, Bethlehem, PA 18015-0386 |
| 14520032 | + | Zachary Zawarski, Esq., 3001 Easton Avenue, Bethlehem, PA 18017-4207 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 29 2023 01:16:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 29 2023 01:17:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 29 2023 01:16:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 14520005 | + | Email/Text: bkrpt@retrievalmasters.com | Sep 29 2023 01:17:00 | AMCA, 4 Westchester Plaza, Building 4, Elmsford, NY 10523-1615 |
| 14520006 | + | Email/Text: bnc-capio@quantum3group.com | Sep 29 2023 01:17:00 | AssetCare, Attn: Bankruptcy, PO Box 1127, Sherman, TX 75091-1127 |
| 14762834 | | Email/Text: amps@manleydeas.com | | |

Case 20-13007-pmm    Doc 76    Filed 09/30/23    Entered 10/01/23 00:32:05    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: pdf900 | Total Noticed: 47 |

| ID | | Method | Recipient |
|---|---|---|---|
| | | Sep 29 2023 01:16:00 | Barclays Mortgage Trust 2021-NPL1, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14520008 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | Sep 29 2023 01:28:04 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14528537 | + | Email/PDF: ebn_ais@aisinfo.com | |
| | | Sep 29 2023 01:48:23 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14520009 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | Sep 29 2023 01:26:16 | Capital One Bank (USA), NA, Attn: Bankrptcy Dept, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14520010 | + | Email/Text: mediamanagers@clientservices.com | |
| | | Sep 29 2023 01:16:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., St. Charles, MO 63301-9816 |
| 14520011 | + | Email/Text: dylan.succa@commercialacceptance.net | |
| | | Sep 29 2023 01:16:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Ste 102, Camp Hill, PA 17011-7303 |
| 14520015 | | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Sep 29 2023 01:16:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14521907 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Sep 29 2023 01:26:21 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14584025 | ^ | MEBN | |
| | | Sep 29 2023 01:08:07 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14583800 | + | Email/Text: RASEBN@raslg.com | |
| | | Sep 29 2023 01:16:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Charles Wohlrab, Esq, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14529312 | | Email/Text: BKEBN-Notifications@ocwen.com | |
| | | Sep 29 2023 01:16:00 | PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14520023 | + | Email/Text: BKEBN-Notifications@ocwen.com | |
| | | Sep 29 2023 01:16:00 | PHH Mortgage Services, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 14539086 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Sep 29 2023 01:49:29 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14520021 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
| | | Sep 29 2023 01:17:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Dept, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14525948 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
| | | Sep 29 2023 01:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14520025 | | Email/Text: BankruptcyMail@questdiagnostics.com | |
| | | Sep 29 2023 01:17:00 | Quest Diagnostics, P.O. Box 740775, Cincinnati, OH 45274-0775 |
| 14520026 | + | Email/Text: enotifications@santanderconsumerusa.com | |
| | | Sep 29 2023 01:17:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-FD7 601 Penn St, Reading, PA 19601-3544 |
| 14521446 | + | Email/Text: enotifications@santanderconsumerusa.com | |
| | | Sep 29 2023 01:17:00 | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14546883 | + | Email/Text: mtgbk@shellpointmtg.com | |
| | | Sep 29 2023 01:16:00 | Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14520030 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | |
| | | Sep 29 2023 01:16:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 8026, Cedar Rapids, IA 52409 |
| 14526232 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | |
| | | Sep 29 2023 01:16:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14520031 | + | Email/Text: ECMCBKNotices@ecmc.org | |

Sep 29 2023 01:16:00  U.S. Department of Education, ECMC/Bankruptcy, PO Box 16408, Saint Paul, MN 55116-0408

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PHH Mortgage Corporation |
| cr | *+ | Borough of Freemansburg, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14762835 | * | Barclays Mortgage Trust 2021-NPL1, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14520019 | ##+ | Patenaude & Felix, A.P.C., 4545 Murphy Canyon Road, 3rd Floor, San Diego, CA 92123-4363 |
| 14520020 | ## | Peerless Credit Services Inc, PO Box 518, Middletown, PA 17057-0518 |

TOTAL: 1 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2023          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Barclays Mortgage Trust 2021-NPL1 amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Borough of Freemansburg jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KERI P EBECK | on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| MARIO J. HANYON | on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY ZAWARSKI | on behalf of Debtor Samuel Gerald Williams zzawarski@zawarskilaw.com |
| ZACHARY ZAWARSKI | on behalf of Joint Debtor Angela Moniq Williams zzawarski@zawarskilaw.com |

District/off: 0313-4 User: admin Page 4 of 4
Date Rcvd: Sep 28, 2023 Form ID: pdf900 Total Noticed: 47
TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Samuel Gerald Williams | |
| Angela Moniq Williams | Bankruptcy No. 20-13007-PMM |
| Debtors | |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: September 28, 2023**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE